# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILIO ARCIENAGA-GARCIA,<br><br>  Plaintiff,<br>  vs.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant. | 11CR1097-LAB<br>CASE NO. 12-CV-921-LAB<br><br>**ORDER DENYING § 2255 PETITION** |

Arcienaga-Garcia pleaded guilty on June 28, 2011 to conspiracy to import 100 kilograms or more of marijuana.  *See* 11-CR-1097.  He was sentenced to 60 months in custody, and he waived appeal.  Then, on April 13, 2012, he filed a federal habeas petition alleging that his counsel was ineffective, that his plea was not knowing, voluntary, and intelligent, and that his sentence violates his right to equal protection.

The Court has reviewed the petition, as well as the Government's response filed on May 15, 2012.  It finds that Arcienaga-Garcia's petition presents claims that are baseless on both the facts and the law, and in spots they are both frivolous and unintelligible.  The petition is therefore **DENIED**.  The Court also denies Arcienaga-Garcia a certificate of appealability.  *See* 28 U.S.C. § 2253(c)(2).

**IT IS SO ORDERED**.

DATED: January 14, 2013

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

- 1 -